1  R. Bradford Huss, Bar No. 71303
   Robert F. Schwartz, Bar No. 227327
2  Laura M. Chavkin, Bar No. 228724
   TRUCKER ✦ HUSS
3  A Professional Corporation
   120 Montgomery Street, 23rd Floor
4  San Francisco, California  94104
   Telephone:  (415) 788-3111
5  Fax:  (415) 421-2017
   Email:        lchavkin@truckerhuss.com
6

7  Attorneys for Defendant
   ALLIED PILOTS ASSOCIATION'S SHORT
8  AND LONG TERM DISABILITY PLAN

9

10                **IN THE UNITED STATES DISTRICT COURT**

11                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13  LARRY JENT,                          | Case No.  C-05-04170 WHA

14           Plaintiff,                  | STIPULATION REQUESTING
                                         | EXTENSION OF TIME TO FILE
15                                       | ADMINISTRATIVE RECORD AND
                                         | ORDER
16

17      vs.

18  ALLIED PILOTS ASSOCIATION'S SHORT
    AND LONG TERM DISABILITY PLAN
19

20           Defendant.

21

22         Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Defendant Allied Pilots Association's

23  Short and Long Term Disability Plan ("Defendant" or "APA") and Plaintiff Larry Jent ("Jent")

24  hereby stipulate to and request from the Court an Order extending to March 9 the deadline for

25  Defendant to file the administrative record and supporting declarations.

26         The Court previously set February 28, 2006, as the deadline for filing the administrative

27  record.  As explained in the accompanying Declaration of Laura M. Chavkin, Esq., the individual

28  needed to verify the completeness and accuracy of the administrative record, Kenneth Michael

1  Knoerr, the Director of Benefits for APA – is at his wife's side in an intensive care unit of a
2  Texas hospital, and is therefore currently unavailable. Defendant believes that Mr. Knoerr will
3  be able to complete a declaration verifying the administrative record on or before March 9.
4      There have been no previous time modifications in the case, and the requested
5  modification would not have any effect on the schedule for the case.
6      The parties therefore respectfully request that the Court issue an order allowing Defendant
7  to file the administrative record and supporting declarations on March 9.

                                          TRUCKER ✦ HUSS

DATED: February 27, 2006                By    s/
                                                    ROBERT F. SCHWARTZ, Attorneys For Defendant ALLIED PILOTS ASSOCIATION'S SHORT AND LONG TERM DISABILITY PLAN

FRICKER & MELLEN

DATED: February 27, 2006                By    s/
                                                    JAMES G. MELLEN, Attorneys for Plaintiff Larry Jent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2006 _____

*[Signature: Judge William Alsup — United States District Court, Northern District of California seal]*

*(Left margin: Trucker ✦ Huss, A Professional Corporation, 120 Montgomery Street, 23rd Floor, San Francisco, California 94104)*