**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY JENT,

       Plaintiff,

  v.

ALLIED PILOTS ASSOCIATION'S SHORT
AND LONG TERM DISABILITY PLAN,

       Defendant.

_____/

No. C 05-04170 WHA

**ORDER RE STIPULATED
DISMISSAL**

      The parties having fully settled this action on March 30, 2006, they are **ORDERED TO
FILE A STIPULATED DISMISSAL** by noon, May 19, 2006, or to provide notice to the Court by
that time of why they are unable to do so.

      **IT IS SO ORDERED.**

Dated: May 15, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE